1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOC VIET FOODS, INC., a California corporation,<br>          Plaintiff,<br><br>    v.<br><br>VV FOODS, LLC, a Texas Limited Liability Company, NGA VU, an individual, THANH VU, an individual, and DOES 1-10,<br>          Defendants. | Case No. SACV 12-02165 CJC (DFMx)<br><br>**JUDGMENT**<br><br>Assigned to: Hon. Cormac J. Carney,<br>Dept.: 9B<br><br>Trial Date: December 19, 2016 |
| VV FOODS, LLC, a Texas Limited Liability Company, NGA VU, an individual, and THANH VU, an individual,<br>          Counterclaimants,<br><br>    v.<br><br>QUOC VIET FOODS, INC., a California corporation; and DOES 1 through 10, inclusive,<br>          Counterdefendants. | |

The operative complaint (hereinafter, "Complaint") of plaintiff and counterdefendant Quoc Viet Foods, Inc. (hereinafter, "Plaintiff Quoc Viet") having been adjudicated, and the operative counterclaims (hereinafter, "Counterclaims") of

defendants and counterclaimants VV Foods, LLC, Nga Vu, and Thanh Vu (collectively hereinafter, the "VVF Defendants") having been adjudicated, the Honorable Cormac J. Carney, United States District Judge, presiding,

IT IS NOW ORDERED AND ADJUDGED:

1. Plaintiff Quoc Viet shall take nothing on its Complaint against any of the VVF Defendants.

2. The following trademarks claimed by Plaintiff Quoc Viet are declared invalid and not protectable:

    a. Cốt Phở Bò
    b. Cốt Phở Gà
    c. Cốt Bún Bò Huế
    d. Cốt Súp Heo
    e. Cốt Súp Chay
    f. Cốt Súp Gà
    g. Cốt Lẩu Thái Lan
    h. Cốt Hủ Tiếu
    i. Cốt Canh Chua
    j. Cốt Bún Riêu
    k. Cốt Súp Bò
    l. Cốt Súp Hoành Thánh
    m. Cốt Súp Cà Ri
    n. Cốt Phở Chay
    o. Cốt Sinh Tố
    p. Cốt Bò Kho

3. The trademarks listed in paragraph 2 are hereby canceled; and

4. The VVF Defendants are the prevailing parties with respect to the Complaint and the Counterclaims and shall recover their costs.

Dated: February 27, 2017

                                        Cormac J. Carney
                                        United States District Judge