# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOC VIET FOODS, INC., a California corporation,<br><br>Plaintiff,<br><br>VV FOODS, LLC., a Texas Limited Liability Corporation<br><br>Defendant. | CaseNo.8:12-cv-02165-CJC (DFMx)<br><br>ORDER ON STIPULATED PERMANENT INJUNCTION |

# **ORDER**

The Court, having reviewed the parties' stipulated permanent injunction, finds as follows:

**IT IS HEREBY ORDERED** that the stipulated permanent injunction be granted and entered against Defendant VV FOODS, LLC.

IT IS SO ORDERED

Dated: August 22, 2019

Hon. Cormac J. Carney
United States District Judge